IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELE JONES,

    Plaintiff,

  v.

CBSJ FINANCIAL CORPORATION,

    Defendant.
                              /

No. C 10-00226 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**

    Good cause not shown, the Court **DENIES** plaintiff's request to attend the case management conference by telephone. The Court does not hold telephonic hearings due to the poor sound quality of courtroom equipment.

**IT IS SO ORDERED.**

Dated: April 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE