UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MICHELE JONES,<br>  Plaintiff,<br><br>  v.<br><br>CBSJ FINANCIAL CORPORATION,<br>  Defendants.<br>_____/ | No. C 10-0226 WHA<br><br>**ORDER GRANTING REQUEST FOR DEFENDANT CBSJ FINANCIAL CORPORATION'S INSURANCE REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:     July 15, 2010<br>Mediator: Sharon O'Grady |

IT IS HEREBY ORDERED that the request for defendant CBSJ Financial Corporation's insurance representative, Dennis Filas, to be excused from personally attending the July 15, 2010 mediation session before Sharon O'Grady is GRANTED. Mr. Filas shall be available to participate telephonically in the mediation at all times in accordance with ADR L.R.6-10(f).

IT IS SO ORDERED.

July 7, 2010                         By:      *Elizabeth D. Laporte*
Dated                                         Elizabeth D. Laporte
                                              United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**