IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELE JONES,

    Plaintiff,

  v.

CBSJ FINANCIAL CORPORATION,

    Defendant.

                          /

No. C 10-00226 WHA

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

     Due to material issues of fact, defendant's motion for summary judgment is **DENIED**. A jury will have to decide. The hearing on November 4, 2010, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: October 22, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE