Andrew M. Steinheimer - 200524
ELLIS, LaVOIE, POIRIER,
 STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
asteinheimer@ellislawgrp.cpm

Attorneys for Defendant CBSJ FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE JONES,<br><br>　　Plaintiff,<br><br>v.<br><br>CBSJ FINANCIAL CORPORATION,<br><br>　　Defendant. | Case No.: 10-CV-00226-WHA<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM**<br><br>TRIAL DATE:　January 10, 2011<br>TIME:　　　　 7:30 a.m.<br>JUDGE:　　　Hon. William H. Alsup |

The court hereby grants Defendant's counsel, Andrew M. Steinheimer, permission to bring into the courtroom the following electronic equipment: one ELMO, one projector, one laptop computer and one video screen, for purposes of trial scheduled to proceed from January 10, 2011 through January 13, 2011.

Dated: January 4, 2011.

_____
Honorable William H. Alsup
United States District Court Judge

- 1 -