IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELE JONES,

    Plaintiff,

  v.

CBSJ FINANCIAL CORPORATION,

    Defendant.

No. C 10-00226 WHA

**NOTICE REGARDING START OF TRIAL**

    This matter is scheduled to go to trial on Monday at 7:30 a.m. The Court has a criminal trial that is also scheduled to start on Monday. It will likely be done by Tuesday.

    Therefore, the trial in this matter is postponed until **WEDNESDAY, JANUARY 12, 2011, AT 7:30 A.M.** If it is to slip further, the parties will be made aware by future notice.

Dated: January 5, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE