IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELE JONES,

    Plaintiff,

  v.

CBSJ FINANCIAL CORPORATION,

    Defendant.

                                /

No. C 10-00226 WHA

**NOTICE REGARDING START OF TRIAL**

      This matter is scheduled to go to trial on Wednesday, January 12, at 7:30 a.m. The criminal trial that is scheduled to precede this trial will now take only one day. Therefore, the trial in this matter is advanced to **TUESDAY, JANUARY 11, 2011, AT 7:30 A.M.**

Dated: January 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE