United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELE JONES,

    Plaintiff,

  v.                                                                                    No. C 10-00226 WHA

CBSJ FINANCIAL CORPORATION,

    Defendant.

                                                         /

**PROPOSED VERDICT FORM**

YOUR ANSWERS MUST BE UNANIMOUS.

1. Has plaintiff proven that defendant violated the federal Fair Debt Collection Practices Act by engaging in conduct the natural consequence of which was to harass, oppress, or abuse plaintiff?              Yes   _____        No   _____

2. If you have answered "yes" to Question 1, state the amount of statutory damages you award plaintiff under the federal Act. You may, but are not required to, award plaintiff an amount up to $1,000.                          $_____

3. Has plaintiff proven that defendant violated the California Rosenthal Fair Debt Collection Practices Act, by causing a telephone to ring repeatedly or continuously to annoy the person called, or by communicating with the debtor with such frequency as to be unreasonable and to constitute an harassment to the debtor under the circumstances of this case?

                         Yes   _____        No   _____

4. If you have answered "yes" to Question 3, was defendant's violation willful and knowing?              Yes   _____        No   _____

5. If you have answered "yes" to Question 4, state the amount of statutory damages you award plaintiff under the state Act. You must award plaintiff between $100 and $1,000.
                          $_____

6. If you have awarded damages under both Questions 2 and 5, then state the total amount of damages.                          $_____

ONCE YOU HAVE ANSWERED ALL YOU NEED TO ANSWER, THE FOREPERSON SHOULD SIGN AND DATE THIS FORM. THEN SEND OUT A NOTE THAT YOU HAVE REACHED A VERDICT.

Dated: January __, 2011.                    _____
                                                         Foreperson